No. 85–1354.  DIBERNARDO ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–1381.  HELLER *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1488.  LIGNAROLO ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–1506.  QUANSAH *v.* CTS PRINTEX CORP.  C. A. 9th Cir.  Certiorari denied.

No. 85–1511.  BETTS *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. Sup. Ct. Ill.  Certiorari denied.

No. 85–1515.  RUSSELL *v.* TEXAS.  Ct. App. Tex., 1st Sup. Jud. Dist.  Certiorari denied.

No. 85–1521.  SMITH *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. 5th Cir.  Certiorari denied.

No. 85–1522.  MILLER *v.* CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–1526.  GOPAL *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 85–1536.  ANGEL ET UX. *v.* MARTINSON, JUDGE, SUPERIOR COURT OF SAN DIEGO COUNTY (RENN, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 85–1539.  SANDHU *v.* AAMCO TRANSMISSIONS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 85–1542.  ORLEANS *v.* CITY OF WILDWOOD HOUSING AUTHORITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1603.  STROZZI *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 85–1619.  REDMOND *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.